No. 47292.—Protest 75484–K of Saji Trading Co. (Los Angeles).

Opinion by TILSON, J. The testimony of the appraiser together with the stipulation of counsel showed clearly that the classification was in error and that the pajamas were not embroidered. The protest was therefore sustained as to certain of the items in question.

No. 47293.—Protest 73110–K of Miller Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the silk mufflers in question are valued at more than $5 per dozen, are block-printed by hand, and similar to those the subject of Abstract 46910, the claim at 35 percent under paragraph 1209 and T. D. 49753 was sustained.

No. 47294.—Protests 64163–K, etc., of H. K. Garmirian et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 45938 certain of the woven silk mufflers in question were held dutiable as hemmed or hemstitched at 60 percent under paragraph 1209, and other items as woven silk mufflers, valued at more than $5 per dozen, hemmed or hemstitched, and not block-printed by hand, at 45 percent under paragraph 1209 and T. D. 49753. The protests were therefore sustained to that extent.